# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | : | CIVIL ACTION |
| OPPORTUNITY COMMISSION | : | |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 08-5535 |
| | : | |
| DART CONTAINER | : | |
| CORPORATION | : | |
|     Defendant | : | |

## O R D E R

**AND NOW,** this 31st day of May, 2012, upon consideration of the defendant's motion for summary judgment (Document #30), the plaintiffs' response thereto (Document #40), and the defendant's reply brief (Document #46), it is hereby ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

                    BY THE COURT:

                    /s/ Lawrence F. Stengel
                    LAWRENCE F. STENGEL, J.