**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | : | **CIVIL ACTION** |
| **OPPORTUNITY COMMISSION,** | : | |
| Plaintiff | : | |
| | : | |
| **v.** | : | **NO. 08-5535** |
| | : | |
| **DART CONTAINER CORPORATION,** | : | |
| Defendant | : | |

## <u>O R D E R</u>

**AND NOW**, this   27th      day of January, 2016, upon consideration of

Defendant Dart Container Corporation's Motion for Attorneys' Fees (Docket Entry No.

69), and all responses and replies thereto, IT IS HEREBY **ORDERED** that the Motion is

**DENIED**.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.